**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>BEN HOLMAN McINDOE,<br><br>    Debtor. | Case No. 15-17388-CMA<br><br>ORDER AUTHORIZING ABANDONMENT OF THE LITIGATION |

    This matter came before the Court on the Trustee's Motion for Order Authorization Abandonment of the Litigation [Dkt. # 122] (the "Motion"). The Court having read the Motion, the declaration of Edmund J. Wood in support of the Motion [Dkt. # 123], the declaration of Geoffrey Groshong in support of the Motion [Dkt. # 124], the notice of hearing on shortened time on the Motion [Dkt. # 128], the proof of service filed by Geoffrey Groshong re service of the notice of hearing on shortened time [Dkt. # 130], any responses to the Motion, any replies in support of the Motion, and the files and records herein; it appearing to the Court that notice of Motion is adequate and proper in the circumstances of this case; and that good cause exists to grant the Motion; now, therefor,

    IT IS HEREBY ORDERED, as follows:

    1.    The Motion is approved.

ORDER AUTHORIZING ABANDONMENT OF THE LITIGATION - 1

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 15-17388-CMA   Doc 139   Filed 05/19/17   Ent. 05/19/17 13:48:35   Pg. 1 of 2

2. The estate's interest in King County Superior Court case number 15-2-21633-3 styled *Ben H. McIndoe, a married man as his separate estate, Plaintiff, vs. HSBC Bank USA, National Association; Bank of America, N.A.; Nationstar Mortgage LLC; Mortgage Electronic Registration Systems, Inc.; quality loan service corporation of Washington; and Doe Defendants 1-10* (the "Superior Court Action") is hereby abandoned.

3. The estate's interest in the Debtor's appeal of the Superior Court Action, filed in the Washington State Court of Appeals, Division I, under case number 76145-5 (the "Appeal") is hereby abandoned.

/ / / End of Order \ \ \

Presented by:

GROSHONG LAW PLLC


*/s/ Geoffrey Groshong*
Geoffrey Groshong
WSB No. 6124

Proposed Attorneys for Chapter 7 Trustee
Edmund J. Wood

ORDER AUTHORIZING ABANDONMENT OF THE LITIGATION - 2

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 15-17388-CMA    Doc 139    Filed 05/19/17    Ent. 05/19/17 13:48:35    Pg. 2 of 2