**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 7 |
| Ben Holman McIndoe, | Case No. 15-17388 |
| Debtor. | ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE FOR INELIGIBILITY FOR DISCHARGE |

This matter came before the Court on the Court's Order to Show Cause for Eligibility for Discharge (Dkt. 117). The Court reviewed the docket, and no responses were filed. Counsel for the Debtor appeared at the hearing and conceded that the Debtor was not eligible for discharge. Based on the record, the Court finds that the Debtor received a discharge in a prior case that was commenced within the time period specified under 11 U.S.C. § 727(a)(8). Now, therefore, it is hereby,

ORDERED that the Debtor is not eligible to receive a discharge;

Order - 1

**Below is the Order of the Court.**

1. IT IS FURTHER ORDERED that when the above-captioned case is completed, it shall be closed without entry of a discharge.

/// END OF ORDER ///

Order - 2