Richard Llewelyn Jones, WSBA No. 12904  
KOVAC & JONES, PLLC  
1750 112th Avenue N.E., Suite D-151  
Bellevue, WA 98004  
Telephone (425) 462-7322  
Facsimile (425) 450-0249  
rlj@kovacandjones.com  

The Honorable Christopher M. Alston  
Chapter 11  
Hearing Date: 6/20/17

IN THE UNITED STATES BANKTRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON  
AT SEATTLE

In Re:

BEN H. McINDOE,
      Debtor,

Bankruptcy No. 15-17388-CMA

MOTION IN LIMINE

**COMES NOW** Special Counsel, Richard Llewelyn Jones of KOVAC & JONES, PLLC, (hereinafter "Special Counsel") and, pursuant to *FRE 103*, hereby objects to the introduction of the correspondence from Jonathan Burke to Kurt Bulmer and Penny Stafford (P-20). This objection is based on the following.

First, the subject correspondence cannot be authenticated by any of the witnesses who have been identified to provide testimony before this Court and does not fit within any of the categories of evidence that are self-authenticating. *FRE 901* and *FRE 902*.

Second, the subject correspondence is hearsay and inadmissible. *FRE 801* and *FRE 802*.

Third, the opinions contained in the correspondence are merely argument/claims offered in a matter now pending before the Washington State BAR Association that has not yet been heard. The correspondence is no more proof of a violation of the Washington State Rules of Professional Conduct than a prosecutor's Information is proof of a crime.

MOTION IN LIMINE - Page 1

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
1750 – 112th Avenue N.E.
Suite D-151
Bellevue, Washington 98004
(425) 462-7322

Case 15-17388-CMA    Doc 148    Filed 06/15/17    Ent. 06/15/17 16:23:20    Pg. 1 of 2

Finally, the opinions expressed by Mr. Burke are not relevant to the issues now before the Court as they are based on materially different facts and appear to be an attempt by the U.S. Trustee to wrongfully establish Special Counsel's character for certain acts. *FRE 401* and *FRE 404*. Such evidence is not admissible. *FRE 404*. Moreover, a private cause of action for professional negligence cannot be based on a violation of the Code of Professional Responsibility or the Rules of Professional Conduct as neither sets a standing for civil liability. *Hizey v. Carpenter,* 119 Wn.2d 251, 830 P.2d 646 (1992).

For the foregoing reasons, Special Counsel respectfully requests the Court bar introduction and admission of Mr. Burke's correspondence of November 28, 2016 (P-20) for any purpose during the evidentiary hearing now scheduled for June 20, 2017.

**RESPECTFULLY SUBMITTED** this 15th day of June, 2017.

KOVAC & JONES, PLLC

_____
Richard Llewelyn Jones, WSBA# 12904
Special Counsel

MOTION IN LIMINE - Page 2

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
1750 – 112th Avenue N.E.
Suite D-151
Bellevue, Washington 98004
(425) 462-7322