Richard Keeton
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

July 25, 2017

<u>**Via CM/ECF**</u>

Michelle C. Kaplan
Kaplan Law PLLC
2155 112th Avenue NE
Bellevue, WA 98004

Re: *In re McIndoe*, Case No. 15-17388-CMA
Request for Telephonic Appearance

Dear Ms. Kaplan:

The Court received your letter filed on July 25, 2017 [Docket No. 167], requesting that you be allowed to appear by telephone for the oral ruling set for **July 27, 2017, at 2:00 p.m.** in the above referenced proceeding. The purpose of this letter is to inform you that Judge Alston has denied the request. If you or Ms. Stafford wish to appear at the hearing, you may do so in person.

Sincerely,

Richard Keeton
Law Clerk to the Honorable Christopher M. Alston