Below is the Order of the Court.

*[Signature]*

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re:

Ben H. McIndoe,

                Debtor.

Case No. 15-17388

ORDER FOR DISGORGEMENT AND DISALLOWANCE OF ATTORNEY'S FEES OF SPECIAL COUNSEL RICHARD L. JONES

THIS MATTER came before the Court upon the motion of the United States Trustee for disgorgement and disallowance of attorney's fees of special counsel herein Richard L. Jones (the "UST Motion") and the motion by Richard L. Jones and Kovac & Jones, PLLC (together, "Jones") for interim allowance of $28,272.46 in fees and costs (the "Jones Motion"). An evidentiary hearing relating to both the UST Motion and the Jones Motion was held on June 20, 2017. The Court has reviewed and considered the UST Motion and the Jones Motion, and any and all evidence submitted in support of and in opposition to each motion prior to and at the evidentiary hearing, and the records and files herein.

On July 27, 2017, the Court made its oral ruling, and at that time set forth on the record its findings of fact and conclusions of law, and those are adopted and incorporated herein pursuant to Fed.R.Civ.P. 52(a) and Fed.R.Bank.P. 7052.

ORDER

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Below is the Order of the Court.

Based upon the foregoing,

IT IS HEREBY ORDERED THAT:

A. The UST Motion is granted;

B. The fees and costs in the Jones Motion are disallowed and the Jones Motion is denied;

C. Jones is entitled to retain the $4,500 received from Amigos Financial LLC; and

D. Jones shall disgorge to the chapter 7 trustee in the above-captioned case the sum of $39,713.99 within 21 days of entry of this Order.

///END OF ORDER///

Presented by:

Gail Brehm Geiger
Acting U.S. Trustee for Region 18

/s/ Martin L. Smith
Martin L. Smith, WSBA #24861
Attorney for the United States Trustee

Form of Order agreed; notice of presentation waived

Kovac & Jones, PLLC

By: Richard L. Jones, WSBA #12904

Richard L. Jones, WSBA #12904

ORDER

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)