The Honorable Christopher M. Alston
Chapter 7
Hearing Date: November 3, 2017
Hearing Time: 9:30 a.m.
Hearing Location: 700 Stewart St, Seattle, WA
7th Floor, Courtroom 7206
Response Date: October 27, 2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

BEN HOLMAN McINDOE,

    Debtor.

Case No. 15-17388-CMA

DECLARATION OF EDMUND J. WOOD IN SUPPORT OF TRUSTEE'S MOTION FOR CONTEMPT AND SANCTIONS

    Edmund J. Wood, the chapter 7 trustee for Ben Holman McIndoe, declares and states as follows:

    1.    This case was commenced by the filing of a voluntary Chapter 11 petition by McIndoe on December 21, 2015 [Dkt. # 1]. On May 1, 2017, the case was converted to a proceeding under chapter 7 [Dkt. # 110]. On May 2, 2017, I was appointed as the chapter 7 trustee [Dkt. # 112], and have acted in that capacity at all times since.

    2.    I make this declaration from my personal knowledge and the filings in this case, and in support of the Trustee's Motion for Contempt and Sanctions.

    3.    I did not receive $39,713.99, or any part of it, from Richard L. Jones or Kovac & Jones, PLLC, on or before August 23, 2017, which was 21 days after entry of the Order for Disgorgement and Disallowance of Attorney's Fees of Special Counsel Richard L. Jones [Dkt. # 175].

DECLARATION OF EDMUND J. WOOD IN SUPPORT OF TRUSTEE'S MOTION FOR CONTEMPT AND SANCTIONS - 1

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 15-17388-CMA    Doc 206    Filed 10/05/17    Ent. 10/05/17 10:52:12    Pg. 1 of 2

4. As of October 4, 2017, I have not received the $39,713.99, or any part of it, that was ordered disgorged by the Court.

I declare on penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

SIGNED this 4th day of October, 2017, at Seattle, Washington.

*/s/ Edmund J. Wood*
Edmund J. Wood
Chapter 7 Trustee

DECLARATION OF EDMUND J. WOOD IN SUPPORT OF TRUSTEE'S MOTION FOR CONTEMPT AND SANCTIONS - 2

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 15-17388-CMA    Doc 206    Filed 10/05/17    Ent. 10/05/17 10:52:12    Pg. 2 of 2