| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Ben Holman McIndoe** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number | 15-17388 |

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

   **1.1**

   **6928 38th Ave SW**
   Street address, if available, or other description

   **Seattle**  **WA**  **98126-0000**
   City  State  ZIP Code

   **King**
   County

   **What is the property?** Check all that apply
   ■ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ■ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $500,000.00 | $250,000.00 |

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   **Fee simple**

   ■ **Check if this is community property** (see instructions)

   Other information you wish to add about this item, such as local property identification number:

Official Form 106A/B    Schedule A/B: Property    page 1
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 15-17388-CMA    Doc 211    Filed 10/09/17    Ent. 10/09/17 15:53:32    Pg. 1 of 11

| Debtor 1 | Ben Holman McIndoe | Case number *(if known)* | 15-17388 |
|---|---|---|---|

**If you own or have more than one, list here:**

**1.2**

| | | |
|---|---|---|
| **5432 35th Ave SW** <br> Street address, if available, or other description | **What is the property?** Check all that apply <br> ■ Single-family home <br> ☐ Duplex or multi-unit building <br> ☐ Condominium or cooperative <br> ☐ Manufactured or mobile home <br> ☐ Land <br> ☐ Investment property <br> ☐ Timeshare <br> ☐ Other | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
| **Seattle** **WA** **98126-0000** <br> City State ZIP Code | | **Current value of the entire property?** **Current value of the portion you own?** <br> **$450,000.00** **$450,000.00** <br> Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. <br> **Fee simple** |
| **King** <br> County | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another | ☐ **Check if this is community property** <br> (see instructions) |

**Other information you wish to add about this item, such as local property identification number:**

**Daughter's home, owned by Debtor. Foreclosure sale is currently pending by Quality Loan Servicing**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>** **$700,000.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**

| | | |
|---|---|---|
| Make: **Dodge** <br> Model: **Ram 1500** <br> Year: **2005** <br> Approximate mileage: **170,000** <br> Other information: | **Who has an interest in the property?** Check one <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ■ At least one of the debtors and another <br> ■ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br> **Current value of the entire property?** **Current value of the portion you own?** <br> **$3,500.00** **$1,750.00** |

**3.2**

| | | |
|---|---|---|
| Make: **Hyundi** <br> Model: **Tuscon** <br> Year: **2015** <br> Approximate mileage: <br> Other information: <br> **Leased Vehicle** | **Who has an interest in the property?** Check one <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ■ At least one of the debtors and another <br> ■ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br> **Current value of the entire property?** **Current value of the portion you own?** <br> **$0.00** **$0.00** |

| Debtor 1 | Ben Holman McIndoe | Case number *(if known)* | 15-17388 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: | **Finecraft** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|
| | Model: | **18' Boat and Trailer** | ☐ Debtor 1 only | |
| | Year: | **1957** | ☐ Debtor 2 only | |
| | | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ■ At least one of the debtors and another | |
| | | | ■ Check if this is community property *(see instructions)* | $500.00 / $250.00 |

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>     **$2,000.00**

**Part 3:** Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | **Household Goods and Furnishings** | $2,500.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | **TV, Cell Phones, Computers, etc.** | $250.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

   | **Books, Pictures, Art, etc.** | $500.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | **Misc. photographic and hobby equipment** | $250.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

Official Form 106A/B                          Schedule A/B: Property                                                 page 3
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

Case 15-17388-CMA    Doc 211    Filed 10/09/17    Ent. 10/09/17 15:53:32    Pg. 3 of 11

| Debtor 1 | Ben Holman McIndoe | Case number *(if known)* | 15-17388 |

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Clothing | $500.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| Wedding ring, watch, misc. small items | $400.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes. Give specific information.....

| Health Aids | $1,250.00 |
| Misc. other household items | $1,000.00 |

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................... | **$6,650.00** |

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes...............................................................................................................

| | Cash | $28.00 |

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................

Institution name:

| 17.1. | Checking | BECU | $225.00 |
| 17.2. | Savings | BECU | $0.00 |

| Debtor 1 | Ben Holman McIndoe | | Case number (if known) | 15-17388 |
|---|---|---|---|---|

| | 17.3. | Checking | Funds held by debtor's counsel (prepetition legal fees paid in excess of prepetition billed services) | $1,097.50 |
|---|---|---|---|---|
| | 17.4. | Checking, trust | Post petition deposits into Trust with Vortman & Feinstein, debtor's counsel, from debtor and debtor's spouse's post-petition earnings and income, held as a retainer. (Debtor asserts not property of the estate on conversion to Ch. 7 under In re Markosian, 506 BR 273 (BAP 2014). | $4,000.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Amigos Financial LLC | 100% | % | $15.00 |
| CAAZ-Amigos LLC. | 100 | % | Unknown |
| Amigos Financial Holding, Ltd. | 100 | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| | Wife's Charles Schwab Retirement Account | $3,200.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Official Form 106A/B      Schedule A/B: Property      page 5
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 15-17388-CMA    Doc 211    Filed 10/09/17    Ent. 10/09/17 15:53:32    Pg. 5 of 11

Debtor 1   **Ben Holman McIndoe**              Case number *(if known)*   **15-17388**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    - ■ No
    - ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - ■ No
    - ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ■ No
    - ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    - ■ No
    - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - ■ No
    - ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - ■ No
    - ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    - ■ No
    - ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    - ■ No
    - ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    - ☐ No
    - ■ Yes. Describe each claim.........

    | **Unpaid Judgment: McIndoe et al v. Ing. Javier Rosas Nunez, Case No. 2:05cv-0688-PMP-PAL, Current Estimated Value: $334,817.00 -- Not collectable at this time, as the defendant is a Mexican citizen and has not been located. CAAZ-Amigos LLC has retained attorneys Villagran y Villagran, Abogados, S.C., of Hermosillo, Sonora, Mexico to enforce its rights under the judgment.** | **Unknown** |
    |---|---|

| Debtor 1 | Ben Holman McIndoe | Case number *(if known)* | 15-17388 |

| | | |
|---|---|---:|
| | **Unpaid Judgment: McIndoe v. Thomas F. McGrath Jr, King County Superior Ct Case No. 13-2-02896-4, Discharged pursuant to Bk Case No. 15-12047-CMA** | $0.00 |
| | **Post-Petition Unpaid Judgment: McIndoe v. Jorge Delgado and Artistic Jorge Upholstery, King County District Court Small Claims Case No. 165-06593** | $5,000.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

| | | |
|---|---|---:|
| | **Post-petition Contingent and Unliquidadated Claim against Richard L. Jones other than any malpractice claims, if any** | $39,713.99 |

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**      **$53,279.49**

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ■ Yes. Describe.....

| | | |
|---|---|---:|
| | **Home Office** | $150.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ■ No
    ☐ Yes. Describe.....

41. **Inventory**
    ■ No
    ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
    ■ No

Official Form 106A/B      Schedule A/B: Property      page 7
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 15-17388-CMA     Doc 211     Filed 10/09/17     Ent. 10/09/17 15:53:32     Pg. 7 of 11

| Debtor 1 | Ben Holman McIndoe | Case number *(if known)* | 15-17388 |
|---|---|---|---|

☐ **Yes.** Give specific information about them...................
  Name of entity:                                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ■ No
      ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................... **$150.00**

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................ | | **$700,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | $2,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $6,650.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $53,279.49 | |
| 59. | **Part 5: Total business-related property, line 45** | $150.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $62,079.49 | Copy personal property total $62,079.49 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$762,079.49** |

Fill in this information to identify your case:

Debtor 1 **Ben Holman McIndoe**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number  **15-17388**
(if known)

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **6928 38th Ave SW Seattle, WA 98126 King County**<br>Line from *Schedule A/B*: **1.1** | $250,000.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §§ 6.13.010, 6.13.020, 6.13.030** The Trustee values the property in excess of encumbrances; the Debtor does not. To the extent there is equity in the proeprty in excess of encumbrances, the Debtor claims up to the statutory maximum $125,00 |
| **2005 Dodge Ram 1500 170,000 miles**<br>Line from *Schedule A/B*: **3.1** | $1,750.00 | ■ $1,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(c)(iii)** |
| **1957 Finecraft 18' Boat and Trailer**<br>Line from *Schedule A/B*: **4.1** | $250.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(c)(ii)** |
| **Household Goods and Furnishings**<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(c)(i)** |

| Debtor 1 | Ben Holman McIndoe | | Case number (if known) | 15-17388 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **TV, Cell Phones, Computers, etc.**<br>Line from *Schedule A/B*: **7.1** | $250.00 | ■ | $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §  6.15.010(1)(c)(i)** |
| **Books, Pictures, Art, etc.**<br>Line from *Schedule A/B*: **8.1** | $500.00 | ■ | $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §  6.15.010(1)(b)** |
| **Misc. photographic and hobby equipment**<br>Line from *Schedule A/B*: **9.1** | $250.00 | ■ | $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §  6.15.010(1)(b)** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ | $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §  6.15.010(1)(a)** |
| **Wedding ring, watch, misc. small items**<br>Line from *Schedule A/B*: **12.1** | $400.00 | ■ | $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §  6.15.010(1)(a)** |
| **Health Aids**<br>Line from *Schedule A/B*: **14.1** | $1,250.00 | ■ | $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §  6.15.010(1)(c)(v)** |
| **Misc. other household items**<br>Line from *Schedule A/B*: **14.2** | $1,000.00 | ■ | $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §  6.15.010(1)(c)(i)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $28.00 | ■ | $28.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §  6.15.010(1)(c)(ii)** |
| **Checking: BECU**<br>Line from *Schedule A/B*: **17.1** | $225.00 | ■ | $225.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §  6.15.010(1)(c)(ii)** |
| **Savings: BECU**<br>Line from *Schedule A/B*: **17.2** | $0.00 | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §  6.15.010(1)(c)(ii)** |
| **Checking: Funds held by debtor's counsel (prepetition legal fees paid in excess of prepetition billed services)**<br>Line from *Schedule A/B*: **17.3** | $1,097.50 | ■ | $1,097.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §  6.15.010(1)(c)(ii)** |

| Debtor 1 | Ben Holman McIndoe | | Case number (if known) | 15-17388 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking, trust: Post petition deposits into Trust with Vortman & Feinstein, debtor's counsel, from debtor and debtor's spouse's post-petition earnings and income, held as a retainer. (Debtor asserts not property of the estate on conversion to Ch. 7 under**<br>Line from *Schedule A/B*: **17.4** | $4,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.27.150**<br>**11 USC 541(a)(6)** |
| **Amigos Financial LLC. Debtor's business. Has a computer, laptop, small office equip.**<br>Line from *Schedule A/B*: **19.1** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(d)(ii)** |
| **CAAZ-Amigos LLC.**<br>**100 % ownership in Mexico. Illegal building on land, claims against builder for rent. In dispute since build in 2009**<br>Line from *Schedule A/B*: **19.2** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(c)(ii)** |
| **Amigos Financial Holding, Ltd. 100 % ownership. Was a trust holding account; no funds on hand**<br>Line from *Schedule A/B*: **19.3** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(c)(ii)** |
| **Wife's Charles Schwab Retirement Account**<br>Line from *Schedule A/B*: **21.1** | $3,200.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.020(3)** |
| **Post-petition Contingent and Unliquidadated Claim against Richard L. Jones other than any malpractice claims, if any**<br>Line from *Schedule A/B*: **34.1** | $39,713.99 | ■ $39,713.99<br>☐ 100% of fair market value, up to any applicable statutory limit | **Not Property of the Ch. 7 Estate under Section 541(a)(6) of the Bankruptcy Code** |
| **Home Office**<br>Line from *Schedule A/B*: **39.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(d)(ii)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes