**Below is the Order of the Court.**

*[Signature]*

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>BEN HOLMAN McINDOE,<br><br>    Debtor. | Case No. 15-17388-CMA<br><br>ORDER GRANTING TRUSTEE'S MOTION FOR CONTEMPT AND SANCTIONS |

    This matter came before the Court on the motion of Edmund J. Wood, chapter 7 trustee for debtor Ben Holman McIndoe, for an order finding both Richard L. Jones and Kovac & Jones, PLLC, jointly and severally, in contempt of the Order for Disgorgement and Disallowance of Attorney's Fees of Special Counsel Richard L. Jones, and for an award of sanctions [Dkt. # 205]. The Court having read the motion, the declaration of Edmund J. Wood in support of the motion [Dkt. # 206], the declaration of Geoffrey Groshong in support of the motion [Dkt. # 207], the notice of hearing on the motion [Dkt. # 208], the proof of service filed by Trustee [Dkt. # 209], the Bankruptcy Noticing Center's Certificate of Service for the notice of hearing [Dkt. # 210], any responses to the motion, any replies in support of the motion, and the files and records herein; it appearing to the Court that notice of the motion is adequate and

ORDER GRANTING TRUSTEE'S MOTION FOR CONTEMPT AND SANCTIONS - 1

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 15-17388-CMA     Doc 226     Filed 11/01/17     Ent. 11/01/17 16:00:40     Pg. 1 of 2

proper in the circumstances of this case; and that good cause exists to grant the motion; now, therefor,

IT IS HEREBY ORDERED, as follows:

1. The motion is granted.

2. Richard L. Jones and Kovac & Jones, PLLC, both jointly and severally, are found to be in contempt of the Order for Disgorgement and Disallowance of Attorney's Fees of Special Counsel Richard L. Jones [Dkt. # 175].

3. Sanctions against Richard L. Jones and Kovac & Jones, PLLC, jointly and severally, will be awarded to the McIndoe bankruptcy estate and paid to the Trustee. The Court shall rule on the amount of sanctions for the fees and costs incurred by the Trustee in obtaining this order at a future hearing.

/ / / End of Order \ \ \

Presented by:

GROSHONG LAW PLLC


*/s/ Geoffrey Groshong*
Geoffrey Groshong
WSB No. 6124

Attorneys for Chapter 7 Trustee
Edmund J. Wood

ORDER GRANTING TRUSTEE'S MOTION FOR CONTEMPT AND SANCTIONS - 2

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 15-17388-CMA    Doc 226    Filed 11/01/17    Ent. 11/01/17 16:00:40    Pg. 2 of 2