**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 7 |
| Ben Holman McIndoe, | Case No. 15-17388 |
| | ORDER OVERRULING OBJECTION TO CLAIM |
| Debtor. | |

This matter came before the Court on the Debtor's Objection to Claim of Deutsche Bank National Trust Company (the "Objection") (ECF No. 268). For the reasons stated on the record by the Court at the April 19, 2019 hearing, incorporated herein, it is hereby

ORDERED that the Objection is OVERRULED without prejudice.

///END OF ORDER///

Order - 1