IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re: | No. 15-17388 |
| BEN H MCINDOE, | LIMITED OBJECTION TO TRUSTEE'S MOTION TO SELL HOME |
| DEBTORS | |

COMES NOW the Debtor, Ben H McIndoe, by and through their attorney of record, Larry B. Feinstein, and moves this Court as follows:

The Trustee has noted for hearing a sale of the Debtor's home located at 6928 38th Ave. SW, Seattle, WA 98126, for the now current sales price of $745,000. HSBC Bank USA, NA as Trustee for Deutsche Alt-A-Securities, Inc. Mortgage Loan Trust Series 2006-AR-6 Mortgage Pass Through Certificates. Filed a claim for $626,143.67. The Debtor disputed the claim, and under a number of pleadings and order(s) of the court, the claims objection was denied without prejudice. The Debtor asserts that the claim is overstated by at least $48,112.88 of payments made by the Debtor under a loan modification agreement in 2009 – 2011 that were not credited to the account[1], and for other disputes as set forth in

---

[1] Attached hereto is the accounting from the Debtor of payments, cancelled checks and bank statements that the Debtor has not been able to determine have been credited to the balance due on the mortgage loan from any payment notices, statements, or payment history ledgers provided by the Lender.

Limited Objection                    Page 1 of 3

VORTMAN & FEINSTEIN
929 108th Ave NE, Suite 1200
Bellevue, WA 98004
(206) 223-9595
(206) 386-5355 (fax)

1   the objection under ECF Docket No. 37.

2        The Debtor and the Bank have been in discussions to determine the actual

3   current balance of the claim, and the parties have been exchanging checks and

4   bank statements showing the payment(s) that were not applied to see if an

5   agreement can be reached, short of filing an adversary proceedings in this matter

6   (as the Court suggested was the correct procedural vehicle to bring the issues

7   before the court).

8        As such, the Debtor does not object to the sale of the residence for the

9   amount presented by the Trustee.  However, the Debtor, based on copies of

10   cancelled checks, bank statements provided to Deutche Bank in the last several

11   weeks, and the substantial assertions showing a prima facia argument that the

12   claims of Deutsche are disputed and incorrectly stated, per the Objection filed

13   under ECF #37, and Response filed under ECF #283, the Court should order that

14   upon the closing of the sale, that a significant portion of the proceeds otherwise

15   payable to Deutsche be held back in escrow or with the Trustee until the parties

16   either agree and reach a settlement, or the matter is brought before the court via

17   an adversary proceedings and/or fixing deadlines for doing so.

18        The Debtor is preparing the above mentioned adversary on this matter, and

19   in that adversary will make a showing on the deficiencies of the Deutsche claim,

20   including the validity of the underlying deed of trust; and at that time the Debtor will

21   request the court to order the trustee to hold back all funds claimed by Deutsche

22   until a determination is made as to the validity of the claim.  However, until the

23

24

Limited Objection           Page 2 of 3

VORTMAN & FEINSTEIN
929 108th Ave NE, Suite 1200
Bellevue, WA 98004
(206) 223-9595
(206) 386-5355 (fax)

adversary is filed and that request is made and heard, the Debtor would suggest that no less than $100,000 of the net proceeds payable to Deutsche be held back in the closing, on the dispute on the *amount* of the claim vs. the validity of the claim itself.

Dated this 9th day of May, 2019.

/s/ Larry B. Feinstein
Larry B. Feinstein, WSBA #6074
Attorney for Debtors

VORTMAN & FEINSTEIN
929 108th Ave NE, Suite 1200
Bellevue, WA 98004
(206) 223-9595
(206) 386-5355 (fax)

# Modification History

| | Date | Payments | Balance |
|---|---|---|---|
| Default | 4/30/2009 | | -$1,541.35 |
| Default | 5/30/2009 | | -$3,082.70 |
| Default | 6/30/2009 | | -$4,624.05 |
| Default | 7/30/2009 | | -$6,165.40 |
| Modification 1 | 8/26/2009 | $2,108.00 | -$5,598.75 |
| Modification 2 | 9/10/2009 | $2,108.00 | -$5,032.10 |
| Modification 3 | 10/2/2009 | $2,108.00 | -$4,465.45 |
| Modification 4 | 11/5/2009 | $2,108.00 | -$3,898.80 |
| Modification 5 | 11/25/2009 | $2,108.00 | -$3,332.15 |
| Modification 6 | 1/21/2010 | $2,108.00 | $2,765.50 |
| Modification 7 | 2/23/2010 | $2,108.00 | -$2,198.85 |
| Modification 8 | 3/14/2010 | $2,108.00 | $1,632.20 |
| Modification 10 | 4/7/2010 | $2,108.00 | -$1,065.55 |
| Modification 11 | 5/15/2010 | $2,108.00 | -$498.90 |
| Modification 12 | 6/7/2010 | $2,108.00 | $67.75 |
| Modification 13 | 7/22/2010 | $2,108.00 | $634.40 |
| Modification 14 | 8/17/2010 | $2,108.00 | $1,201.05 |
| Modification 15 | 8/27/2010 | $2,108.00 | $1,767.70 |
| Modification 16 | 9/14/2010 | $2,108.00 | $2,334.35 |
| Modification 17 | 10/22/2010 | $2,108.00 | $2,901.00 |
| Modification 18 | 11/20/2010 | $2,108.00 | $34,367.65 |
| Modification 19 | 12/15/2010 | $2,108.00 | $4,034.30 |
| Modification 20 | 1/2/2011 | $2,108.00 | $4,600.95 |
| Modification 21 | 2/14/2011 | $2,108.00 | $5,167.60 |
| Modification 22 | 3/12/2011 | $1,711.96 | $5,734.25 |
| Modification 23 | 3/25/2011 | $2,120.00 | $6,300.90 |
| Modification 24 | 4/2/2011 | $2,120.92 | $6,867.55 |
| **Returned** | 5/10/2011 | $2,120.92 | $7,434.20 |
| | | **$48,112.88** | **$7,434.20** |

6/7/10 Loan is

August

2009

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Chase/Wm
Address:

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 17413416360 | 2009-08-19 | 981461 | $108.00 | 0009 |

---

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Chase/Wm
Address:

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 17413416347 | 2009-08-19 | 981461 | $1000.00 | 0009 |

---

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Chase/Wm
Address:

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 17413416358 | 2009-08-19 | 981461 | $1000.00 | 0009 |

August payment

September

2009

 Wells Fargo Business Online®

## Account Activity

Business Accounts

BUSINESS CHECKING XXXXXX0345

### Activity Summary

| | |
|---|---|
| Ending Balance as of 11/27/09 | $1,101.62 |
| Ending Collected Balance as of 11/27/09 | $1,101.62 |
| Available Balance | $1,076.62 |

### Transactions

Find Transactions

| | |
|---|---|
| Description or Keyword | |
| Dates | Last 6 Months |
| Amounts or Check Numbers | Amount $2,108.00 |
| Type | Withdrawals |

| Date ▽ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| Pending Transactions | | | |
| No pending transactions meet your criteria above. | | | |
| Posted Transactions | | | |
| 09/10/09 | WAMU BANK MORTG PMT 080910 XXXXX9396 MCINDOE, BEN H | | $2,108.00 |
| Totals | | $0.00 | $2,108.00 |

🏠 Equal Housing Lender

© 1995 – 2009 Wells Fargo. All rights reserved.

*September Payment*

October

2009

**USAA**

## Transaction Details

| | |
|---|---|
| Account | FOUR STAR CHECKING 45717133 |
| Company Name | WAMU BANK |
| Customer Name | MCINDOE, BEN H |
| Transaction Description | RDP MORTG |
| Posted Date | 2009 |
| Amount | 2,123.00 |

Copyright © 2008, USAA.

Close Window

October payment

November

2009

# THE
# COMMERCE
# BANK
### OF WASHINGTON

Ben H McIndoe
Chariti D McIndoe           30
6928 38th Ave SW             0
Seattle WA 98126             3

The Commerce Bank of Washington will be closed on Friday, December 25th, in observance of Christmas Day and Friday, January 1st, in observance of New Year's Day.

## Checking Plus ACCOUNT 1274112

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 85.70 | LAST STATEMENT 10/30/09 | 6,655.50 |
| AVG AVAILABLE BALANCE | 1,780.59 | 4 CREDITS | 7,439.80 |
| AVERAGE BALANCE | 2,087.98 | 82 DEBITS | 12,651.19 |
| | | THIS STATEMENT 11/30/09 | 1,444.11 |

- - - - - - - - DEPOSITS - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT |
|---|---|---|
| 11/12  1,050.00 | 11/19  2,846.69 | 11/25  3,542.73 |

- - - - - - - OTHER CREDITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| INTEREST AT .2500 % | 11/30 | .38 |

- - - - - - - CHECKS - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| *11/04  1,008.60 | *11/04  3,000.00 | 1002 11/27  168.83 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - OTHER DEBITS - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| POS Purchase ARCO PAYPOINT SEATTLE WA 11/03 | 11/03 | 31.85 |
| Z00Q06260305200 CLARKE AMERICAN CHK ORDER | 11/04 | 00.00 |
| POS Purchase SCHUCK'S #4320 SEATTLE WA 11/04 | 11/04 | 56.92 |
| POS Purchase COMCAST CABLE COMM 800-COMCAST WA 11/05 | 11/05 | 217.91 |
| CC# 169172, TO CHASE/WAMU | 11/05 | 2,108.00 |
| POS Purchase THE HOME DEPOT SEATTLE WA 11/10 | 11/10 | 37.0 |
| POS Purchase THE HOME DEPOT SEATTLE WA 11/11 | 11/11 | 10.90 |
| POS Purchase THE HOME DEPOT SEATTLE WA 11/11 | 11/11 | 28.25 |

* * * C O N T I N U E D * * *

601 Union Street, Suite 3600  Seattle, Washington 98101  (206) 292-3900  Fax (206) 625-9457

353-07 8/03

**169172**

WaMu

**THE COMMERCE BANK**
OF WASHINGTON
601 Union Street, Suite 3800, Seattle, WA 98101

FDIC INSURED

**CASHIER'S CHECK**  November 5, 2009

19-601
1250

$ ******2,108.00

VOID AFTER 90 DAYS

PAY
TO THE
ORDER
OF

Chase/WaMu

NOV 1 0 2009

ORA

Two Thousand One Hundred Eight and 00/100 Dollars

MEMO:

⑈169172⑈ ⑆1250080131⑆ 1900013⑈

December

2009



# THE COMMERCE BANK
## OF WASHINGTON

Ben H McIndoe

===================================================
## Checking Plus ACCOUNT 1274112
===================================================

- - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| POS Purchase SEA UTILITIE METAVANTE 02066843000 WA 11/24 | | 300.00 |
| POS Purchase SEA UTILITIE METAVANTE 02066843000 WA 11/24 | 11/25 | 382.35 |
| CC# 126272, TO CHASE-WAMU | 11/25 | 2,108.00 |
| POS Purchase QUALITY FOOD LE SEATTLE WA 11/25 | 11/26 | 27.01 |
| POS PURCHASE SEATTLE TW Seattle WA 11/26 | 11/26 | 66.90 |
| POS Purchase COSTCO WHSE #00 SEATTLE WA 11/25 | 11/26 | 86.73 |
| POS Purchase WASH LQR CNTL B SEATTLE WA 11/25 | 11/26 | 91.70 |
| POS Purchase RITE AID CORP. SEATTLE WA 11/26 | 11/27 | 10.94 |
| POS Purchase THE HOME DEPOT SEATTLE WA 11/27 | 11/27 | 23.02 |
| POS Purchase #00450 ALBERTSO MERCER ISLAN WA 11/27 | 11/27 | 25.00 |
| POS Purchase RITE AID CORP. SEATTLE WA 11/26 | 11/27 | 35.43 |
| POS Purchase PORT OF SEATTLE PARKIN SEATTLE WA 11/26 | 11/30 | 3.00 |
| POS Purchase THE HOME DEPOT SEATTLE WA 11/30 | 11/30 | 3.27 |
| POS Purchase BEDBATH&BEYOND# SEATTLE WA 11/29 | 11/30 | 9.99 |
| POS Purchase DIVA ESPRESSO QPS SEATAC WA 11/26 | 11/30 | 12.94 |
| POS Purchase PACER800-676-6856IR 800-676-6856 TX 11/29 | 11/30 | 15.44 |
| POS Purchase Staples, Inc. SEATTLE WA 11/30 | 11/30 | 22.98 |
| POS Purchase USPS 545306025351070PS MERCER ISLAND WA 11/27 | 11/30 | 30.00 |
| POS Purchase Staples, Inc. SEATTLE WA 11/28 | 11/30 | 31.00 |
| POS Purchase WASH LQR CNTL B SEATTLE WA 11/30 | 11/30 | 41.40 |
| POS Purchase WALMART.COM WALMART.COM AR 11/29 | 11/30 | 43.64 |
| POS Purchase Staples, Inc. SEATTLE WA 11/29 | 11/30 | 43.79 |
| POS Purchase WEST SEATTLE TW Seattle WA 11/29 | 11/30 | 60.06 |
| POS Purchase COSTCO WHSE #00 SEATTLE WA 11/27 | 11/30 | 61.13 |
| POS Purchase WEST SEATTLE B00 OF 00 206-9323731 WA 11/28 | 11/30 | 75.00 |
| POS Purchase Staples, Inc. SEATTLE WA 11/28 | 11/30 | 124.79 |
| POS Purchase BED BATH & BEYOND #609 SEATTLE WA 11/25 | 11/30 | 206.50 |

- - - - - - - - I N T E R E S T - - - - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 2,087.98 | INTEREST EARNED: | .38 |
| AVERAGE AVAILABLE BALANCE: | 1,780.59 | DAYS IN PERIOD: | 31 |
| INTEREST PAID THIS PERIOD: | .38 | ANNUAL PERCENTAGE YIELD EARNED: | .25% |
| INTEREST PAID 2009: | .58 | | |

- - - - - - - - DAILY BALANCE - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11/03 | 6,623.65 | 11/13 | 952.73 | 11/23 | 2,252.89 |
| 11/04 | 2,535.73 | 11/16 | 434.17 | 11/24 | 2,175.56 |
| 11/05 | 209.82 | 11/17 | 326.75 | 11/25 | 2,764.44 |
| 11/10 | 172.75 | 11/18 | 175.14 | 11/26 | 2,491.88 |
| 11/11 | 85.70 | 11/19 | 3,014.08 | 11/27 | 2,228.66 |
| 11/12 | 1,074.43 | 11/20 | 2,865.65 | 11/30 | 1,444.11 |

601 Union Street, Suite 3600  Seattle, Washington 98101  (206) 292-3900  Fax (206) 625-9457
365-07 8/03

CHASE ○

Customer Care: Toll free 800-848-9136 Se habla español
Hearing Impaired (TDD): 800-582-0542
For a refinance or purchase loan, call 800-453-0367

#BWNCLNN
#2906859123968992#
26092212 B 1-2
BEN H MCINDOE                    26924
6928 38TH AVE SW
SEATTLE WA 98126-3204

| | |
|---|---|
| Statement Date: | December 21, 2009 |
| Activity Since: | October 06, 2009 |
| Your Loan Number: | 0685123689 |

## Your Property and Loan Information

| | | |
|---|---|---|
| Property Address: | | 6928 38TH AVE SW |
| | | SEATTLE WA 98126 |
| Principal Balance: | $ | 461,272.16 |
| Interest Rate: | | 3.61000% |
| Escrow Balance: | $ | 9,634.07 |

## Year to Date Account Activity

| | | |
|---|---|---|
| Principal Paid: | $ | 1,726.28 |
| Interest Paid: | $ | 16,918.70 |
| Property Taxes Paid: | $ | 7,777.42 |
| Insurance Paid: | $ | 887.95 |
| Liens Paid: | $ | 974.76 |

### Your Next Payment

### Important Messages

Please see the reverse side for Recent Account Activity.

If you are in bankruptcy or have been discharged in bankruptcy,
this letter is for informational purposes only and is not intended
as an attempt to collect a debt or as an act to collect, assess, or
recover all or any portion of the debt from you personally.

We are a debt collector. This communication is an attempt to
collect a debt, and any information obtained will be used for
that purpose.

Chase          156-B
COLD056B       26924



7760 0423    J6C    001    07    0    220912    PAGE 1 of 2

0000000 0000000 0000000 0685123689 1068596 0009249 0185071 4

Please write in any additional funds that you may be including with
your payment. If you include additional funds and do not indicate
how to apply them, we will apply them first to applicable advances,
then to any fees due and then to principal.

☐ Please check here if change of address or telephone
number is indicated on the reverse side of this form.

CHASE
PO BOX 182349
COLUMBUS OH 43218-2349

Loan Number:  0685123689
BEN H MCINDOE

| | | |
|---|---|---|
| Payment Due Date: | | |
| Current Payment: | | |
| Total Amount Plus Late Charges: | | |
| Late Fees may apply if received after | | |
| Total Amount Due | | |
| Late Charges | + | _____ |
| Additional Principal | + | _____ |
| Additional Escrow | + | _____ |
| Total Amount Enclosed | = | _____ |

⑆500005026⑆ 0000685123689⑈

## Making Your Monthly Payments

- By mail: Mail your check, along with the bottom portion of this statement, in the enclosed envelope.
- In person: Drop off your payment at any Chase Banking Center.
- Automatic payments: Make payments automatically from your checking or savings account with our easy and convenient Auto Pay service – just call us toll free at 800-848-9136 to set up a payment schedule.
- Payment by phone: Set up a one-time withdrawal from a checking or savings account on a date specified by you. A fee will be assessed for this type of transfer. Call us toll free at 800-848-9136 to make a payment by phone.
- Notice About Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Have Questions? Need Mailing Addresses?

At Chase, customer service is our top priority. If you have general questions about your loan, please call our Customer Care Department toll free at 800-848-9136; se habla español or write to us at the "Customer Service Inquiries" address noted below. Hearing Impaired (TDD): 800-582-0542. (Calls received by our Customer Care Department may be monitored for training purposes.)

Please use the addresses below for other payment or correspondence needs.

**Customer Service Inquiries:**
Chase Home Finance
Attn: OH4-7133
PO Box 182349
Columbus, OH 43218-2349

**Payment without a Coupon:**
Chase Home Finance
Attn: OH4-7133
3415 Vision Drive
Columbus OH, 43219-6009

**Real Estate Tax Bills:**
Chase Home Finance
Attn: Tax Department
PO Box 961227
Fort Worth, TX 76161-0227

**Overnight Payment:**
Chase
Attn: OH4-7133
3415 Vision Drive
Columbus, OH 43219-6009

**Collections (Letters Only):**
Chase Home Finance
PO Box 44118
Jacksonville, FL 32231-4118
Fax: 904-462-1925

**Overnight Payoffs:**
Chase Home Finance
OH4-7137
3415 Vision Drive
Columbus, OH 43219

**Property Insurance:**
Chase Home Finance
PO Box 100564
Florence, SC 29502-0564
Fax: (843) 413-2026

**Loss Draft:**
Chase Home Finance
PO Box 100565
Florence, SC 29502
Fax: (843) 673-3923

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Recent Account Activity

| Date | Description | Total Amount | Principal | Interest | Escrow | Optional Products | Unapplied Funds/Subsidies | Other Fees/ Late Charges |
|------|-------------|-------------|-----------|----------|--------|-------------------|---------------------------|--------------------------|
| 12/21 | Payment | $2,108.00 | $64.90 | $1,475.84 | $1.01 | | | $566.25 |
| 12/21 | Payment | $2,108.00 | $103.17 | $1,437.57 | $1.01 | | | $566.25 |

*Please note they waited almost a month to credit Dec payment* (handwritten)

## Has your mailing address or phone number changed?

Please check the box on the front of this payment coupon and fill in the correct information below.

Street Address: _____

City: _____  State: _____  Zip: _____

Home Phone: _____  Business Phone: _____

E-mail Address: _____

Name (please print): _____  Borrower Signature: _____

Name (please print): _____  Borrower Signature: _____

FDIC
INSURED

## THE COMMERCE BANK
### OF WASHINGTON
601 Union Street, Suite 3600, Seattle, WA 98101

**169272**

*CASHIER'S CHECK*    November 25, 2009

19-801
1250

$ ******2,108.00

VOID AFTER 90 DAYS

PAY
TO THE
ORDER
OF

Chase-WAMU

Two Thousand One Hundred Eight and 00/100 Dollars

MEMO:

�串169272�串  ⑈125008013⑈  19000131⑈

---

## THE COMMERCE BANK
### OF WASHINGTON
601 Union Street, Suite 3600, Seattle, WA 98101

**169272**

*CASHIER'S CHECK*    November 25, 2009

19-801
1250

$ ******2,108.00

VOID AFTER 90 DAYS

PAY
TO THE
ORDER
OF

Chase-WAMU

Two Thousand One Hundred Eight and 00/100 Dollars

CUSTOMER COPY
NON-NEGOTIABLE

MEMO:

*December Payment*

January

2010

| Date ▽ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 02/01/10 | POS PURCHASE - ARCO PAYPOINT ARCO PAYPOSEATTLE WA 7806 | | $71.37 | $8.25 |
| 02/01/10 | CHECK CRD PURCHASE 0130 QFC #5983 SEATTLE WA 491986XXXXXX7806 032040010954102 ?MCC=5411 125008547DA90 | | $17.03 | |
| 02/01/10 | CHECK CRD PURCHASE 0129 ROCKET LAWYER 877-7571550 CA 491986XXXXXX7806 032040009312029 ?MCC=7372 125008547DA01 | | $19.95 | |
| 02/01/10 | POS PURCHASE - QUALITY FOOD CEQUALITY FOSEATTLE WA 7806 | | $24.85 | |
| 02/01/10 | POS PURCHASE - ARCO PAYPOINT ARCO PAYPOSEATTLE WA 7806 | | $41.67 | |
| 02/01/10 | CHECK CRD PURCHASE 01/30 T-MOBILE.COM*PAYMENT 800-937-8997 WA 491986XXXXXX7806 031040009199559 ?MCC=4814 125008547DA01 | | $156.32 | |
| 01/29/10 | MONTHLY SERVICE FEE | | $8.00 | $339.44 |
| 01/29/10 | CHECK CRD PURCHASE 0129 SEATTLE 684-PARK SEATTLE WA 491986XXXXXX7806 029040011361592 ?MCC=9399 125008547DA90 | | $2.48 | |
| 01/28/10 | ATM WITHDRAWAL - WEST SEATTLE SEATTLE WA 7806 | | $100.00 | $349.92 |
| 01/28/10 | DEPOSIT | $401.59 | | |
| 01/26/10 | CHECK CRD PURCHASE 01/24 FISHERIES SUPPLY DISPL 206-6323555 WA 491986XXXXXX7806 026040008575560 ?MCC=5941 125008547DA01 | | $26.26 | $48.33 |
| 01/25/10 | POS PURCHASE - LOWE'S #0004 LOWE'S #00SEATTLE WA 7806 | | $12.32 | $74.59 |
| 01/25/10 | POS PURCHASE - LOWE'S #0004 LOWE'S #00SEATTLE WA 7806 | | $17.44 | |
| 01/25/10 | POS PURCHASE - WASH LQR CNTL BWASH LQR CSEATTLE WA 7806 | | $25.95 | |
| 01/25/10 | POS PURCHASE - COSTCO GAS #000COSTCO GASSEATTLE WA 7806 | | $30.03 | |
| 01/25/10 | POS PURCHASE - COSTCO WHSE #00COSTCO WHSSEATTLE WA 7806 | | $59.30 | |
| 01/25/10 | POS PURCHASE - COSTCO WHSE #00COSTCO WHSSEATTLE WA 7806 | | $99.02 | |
| 01/25/10 | ATM WITHDRAWAL - 9153 WESTWOOD TWASHINGTONSEATTLE WA 7806 | | $70.67 | $416.25 |
| 01/22/10 | CHECK CRD PURCHASE 01/20 SEATTLE 684-PARK SEATTLE WA | | | $486.82 |
| 01/21/10 | CHASE HOMEFINANCE LN PMT 0895123569 MCINDOE BEN H | | $2,108.00 | |
| | OVERDRAFT FEE | | $35.00 | $2,629.82 |
| 01/20/10 | DEPOSIT | $3,000.00 | | |
| 01/20/10 | CHECK CRD PURCHASE 01/19 NW MULTIPLE LISTING SE 425-8205200 WA 491986XXXXXX7806 020040011288334 ?MCC=7299 125008547DA01 | | $200.00 | |
| 01/20/10 | OVERDRAFT FEE | | $35.00 | |
| 01/20/10 | OVERDRAFT FEE | | $35.00 | |
| 01/20/10 | OVERDRAFT FEE | | $35.00 | |
| 01/20/10 | OVERDRAFT FEE | | $35.00 | |
| 01/19/10 | POS PURCHASE - SAFEWAY STORE SAFEWAY STSEATTLE WA 7806 | | $2.29 | -$30.18 |
| 01/19/10 | POS PURCHASE - QUALITY FOOD CEQUALITY FOSEATTLE WA 7806 | | $4.38 | |
| 01/19/10 | POS PURCHASE - CNS RITE AID CONS RITE ASEATTLE WA 7806 | | $15.33 | |
| 01/19/10 | POS PURCHASE - COSTCO WHSE #00COSTCO WHSSEATTLE WA 7806 | | $25.07 | |
| 01/19/10 | CHECK CRD PURCHASE 01/17 MAHARAJA CUISINE OF IN SEATTLE WA 491986XXXXXX7806 019040009087648 ?MCC=5812 125008547DA90 | | $35.00 | |
| 01/19/10 | POS PURCHASE - CNS TOYS R US CNS TOYS RTUKWILA WA 7806 | | $82.04 | |
| 01/19/10 | ATM WITHDRAWAL - MERCER ISLAND MERCER ISLAND WA 7806 | | $60.00 | |
| 01/15/10 | CHECK CRD PURCHASE 01/14 TACOMA SCREW PRODUCTS SEATTLE WA 491986XXXXXX7806 010040010857690 ?MCC=5251 125008547DA90 | | $13.70 | $193.93 |
| 01/14/10 | CHECK CRD PUR RTRN 01/13 W L MAY CO INC SEATTLE WA 491986XXXXXX7806 014040006618543 ?MCC=5085 125008547DA01 | $150.33 | | $207.63 |
| 01/11/10 | POS PURCHASE - SOU THE HOME DESOU THE HOSEATTLE WA 7806 | | $3.27 | $57.30 |
| 01/11/10 | CHECK CRD PURCHASE 01/10 SEATTLE 684-PARK SEATTLE WA 491986XXXXXX7806 010040013830111 ?MCC=9399 125008547DA90 | | $4.00 | |
| 01/11/10 | CHECK CRD PURCHASE 01/09 SEATTLE 684-PARK SEATTLE WA 491986XXXXXX7806 010040021547611 ?MCC=9399 125008547DA90 | | $5.00 | |
| 01/11/10 | CHECK CRD PURCHASE 01/09 SOUND TRANSIT - SO OPS SEATTLE WA 491986XXXXXX7806 010040021730613 ?MCC=4111 125008547DA90 | | $7.50 | |

2/23/2010 1:51 PM

February

2010

BEN H. McINDOE
CHARITI D. McINDOE
6928 38TH AVENUE SW
SEATTLE, WA 98126

1009

19-801/1250

Feb. 23, 200 ___ Date

Pay to the
Order of *Chase Financial* $ 2,108

*Two thousand one hundred eight* Dollars

THE COMMERCE BANK
OF WASHINGTON
601 Union Street, Suite 3600, Seattle, WA 98101
(206) 292-3900

For *0685123689*

*Ben H. McIndoe*

⑈125008013⑈ ⑆ 112⑈ 1009

Ben H. McIndoe
6928 38th Ave SW
Seattle, WA 98126-3204
Loan # 0685123689

**Chase Financial**
3415 Vision Dr.
Columbus, OH 43219

```
            WEST SEATTLE STATION
               SEATTLE, Washington
                    981169998
                 5476210048-0098
        02/23/2010 (800)275-8777 01:26:03 PM
==========================================
============ Sales Receipt ============
Product          Sale Unit        Final
Description       Qty Price        Price
------------------------------------------
COLUMBUS OH 43219                  $18.30
Zone-8 Express Mail
#3-Add Flat Rate
1.60 oz.
  Label #:      EH261821305US
  Wed 02/24/10 ~ 12:00PM ~
  Guaranteed Delivery
  Signature Requested
                                ==========
  Issue PVI:                      $18.30

                                ==========
Total:                            $18.30

Paid by:
Cash                              $20.00
Change Due:                       -$1.70

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clickncship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
*************************************
*************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*************************************
*************************************


Bill#:000200048C82
Clerk:08

All sales final on stamps and postage
 Refunds for guaranteed services only
     Thank you for your business
*************************************
*************************************
        HELP US SERVE YOU BETTER

              Go to:
      https://postalexperience.com/Pos

      TELL US ABOUT YOUR RECENT

         POSTAL EXPERIENCE

        YOUR OPINION COUNTS
*************************************
*************************************


            Customer Copy
```

March 2010

AMIGOS FINANCIAL LLC
P. O. Box 491
Mercer Island, WA 98040

7255

19-854/1250 3137
6757550345

3/14/10

Pay to the
Order of _Chase_                                    $ 2108.00

_Two Thousand One Hundred Eight_ 100/100  Dollars

WELLS FARGO   Wells Fargo Bank, N.A.
              Washington
              wellsfargo.com

For _Loan # 0685123689_        Ben H. McIndoe

⑈125008547⑈     50345⑈ 07255

Ben H. McIndoe
6928 38th Ave SW
Seattle, WA 98126-3204
**Loan # 0685123689**

**Chase Financial**
3415 Vision Dr.
Columbus, OH 43219



Case 15-17388-CMA    Doc 293    Filed 05/08/19    Ent. 05/08/19 12:52:21    Pg. 26 of 67

April 2010

# View Images

The image of the item you selected is displayed below. To return to the previous page, select 'Back'. To make the image larger or smaller select 'Enlarged View' or 'Normal View'.

## Transaction Detail

| Date | Transaction Type/ Description | Number | Amount | |
| --- | --- | --- | --- | --- |
| | | | Debits | Credits |
| 4/19/2010 | CHECK | 1016 | $2,108.00 | |
| | CHECK | | | |

May 2010

 Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 7271 | 06/02/10 | $2,108.00 | ADVANTAGE BUSINESS PACKAGE CHECKING XXXXXX03- |

AMIGOS FINANCIAL LLC                                      7271
P. O. Box 491
Mercer Island, WA 98040

5/15/10

Pay to the
Order of _____    $ 2,108

Two *thousand one hundred eight* _____

For Loan # 0685123689                    Ben H. McFrlee

⑆125008567⑆        ⑈345⑈ 07271

June 2010

# View Images

The image of the item you selected is displayed below. To return to the previous page, select 'Back'. To make the image larger or smaller select 'Enlarged View' or 'Normal View'.

## Transaction Detail

| Date | Transaction Type/ Description | Number | Amount | |
|------|------|------|------|------|
| | | | Debits | Credits |
| 6/28/2010 | CHECK | 1025 | $2,108.00 | |

CHECK



BEN H. McINDOE
CHARITI D. McINDOE
6028 35TH AVENUE SW
SEATTLE, WA 98126

1025

19-101/1250

JUN 18 2010    June 7, 2010

Pay to the Order of ___Chase___    $ 2108.—

Two thousand one hundred eight Dollars

THE COMMERCE BANK
OF WASHINGTON
601 Union Street, Suite 3600, Seattle, WA 98101

For 0685123689    Ben H. McIndoe

⑆125008063⑆ 00    2⑈ 1025

July 2010

## Transaction Detail

| Date | Transaction Type/ Description | Number | Amount | |
|------|------------------------------|--------|--------|--------|
| | | | Debits | Credits |
| 8/2/2010 | CHECK | 1033 | $2,108.00 | |

CHECK

BEN M. McINDOE
CHARITI D. McINDOE
6626 35TH AVENUE SW
SEATTLE, WA 98126

CHECK REGISTERED
JUL 26 2010

1033
19-66/1250

July 22, 02 Date

Pay to the Order of __Chase__ SOUTHWEST JRA __ | $ 2,108__

__Two thousand one hundred eight__ Dollars

THE COMMERCE BANK
OF WASHINGTON
601 Union Street, Suite 3600, Seattle, WA 98101
(206) 292-3800

For __Loan 060512 3689__

Ben H. McIndoe

⑆125008043⑆ 00    ⑈ 1033

Pay To The Order Of Chase Home Finance

August 2010

```
          WEST SEATTLE STATION
          SEATTLE, Washington
               981169998
            5476210048-0098
  08/17/2010 (800)275-8777 11:00:30 AM
========================================
============ Sales Receipt ============
Product          Sale Unit       Final
Description       Qty Price       Price

COLUMBUS OH 43219                 $0.44
Zone-8 First-Class
Letter
0.20 oz.
Expected Delivery: Fri 08/20/10
Certified                        $2.80
Label #:     70090080000021770056
                              ==========
Issue PVI:                       $3.24


                              ==========
Total:                           $3.24

Paid by:
Debit Card                       $3.24
  Account #:     XXXXXXXXXXXXX7806
  Approval #:    334461
  Transaction #: 708
  23903510220
  Receipt#:      000765

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clickship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
**************************************
**************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
**************************************
**************************************


Bill#:1000200988318
Clerk:10

All sales final on stamps and postage
 Refunds for guaranteed services only
         Thank you for your business
**************************************
**************************************
      HELP US SERVE YOU BETTER

            Go to:
   https://postalexperience.com/Pos

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

        YOUR OPINION COUNTS
**************************************
```

U.S. Postal Service
CERTIFIED MAIL... RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| COLUMBUS OH 43219 | | |
| Postage | $ $0.44 | 0048 |
| Certified Fee | $2.80 | 10 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $3.24 | 08/17/2010 |

7009 0080 0000 2177 0056



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7009 0090 0000 2177 0096
Class: First-Class Mail™
Service(s): Certified Mail™
Status: Acceptance

Your item was accepted at 10:59 am on August 17, 2010 in SEATTLE, WA 98116. Information, if available, is updated periodically throughout the day. Please check again later.

**Track & Confirm**

Enter Label/Receipt Number:

[Go]

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.    Go

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

614 476 8622





# Post Office™ Locations

PRINT | BACK

BEXLEY Post Office™ Location



0.6 miles

© 2010 Microsoft Corporation   © 2010 NAVTEQ   © AND

**Post Office™ Location - BEXLEY**
2935 E MAIN ST
COLUMBUS, OH
43209-9998
(800) ASK-USPS
(614) 237-2830
Fax: (614) 238-9035

TTY Service
(877) 889-2457
for hearing impaired

**Business Hours**
Mon-Fri
7:30am-6:00pm
Sat
8:00am-3:00pm
Sun
closed

**Last Daily Collection**
Mon-Fri
5:00pm
Sat
3:00pm
Sun
closed

**Services**
Passport Application
Services
PO Boxes Online
Automated Postal Centers®

Service hours may vary. Please check link for business hours.

## Post Office™ Locations near COLUMBUS, OH

WHITEHALL FINANCE UNIT
LIVINGSTON
WHITEHALL
OLDE TOWNE RETAIL UNIT
EASTLAND

GERMAN VILLAGE CARRIER UNIT
RICKENBACKER CARRIER UNIT
MOUNT VERNON FINANCE
EASTLAND FINANCE UNIT
PORT COLUMBUS

## People and Business Search  Find people and businesses at WhitePages.com

People Search
Search for a person and perform a reverse lookup on phone numbers and addresses.

Business Search
Search for a business by name or category nationwide.

Reverse Phone Number
See who is calling you

Copyright ©1996-2010 WhitePages.com. Legal Notice and Terms      Yellow Pages, White Pages, also nearby

BEN H. McINDOE
CHARITI D. McINDOE
6928 38TH AVENUE SW
SEATTLE, WA 98126

1039

Aug 17 2010 Date

Pay to the Order of _Chase_ $ 2,100—

_Two thousand one hundred eight_ Dollars

THE COMMERCE BANK
OF WASHINGTON
601 Union Street, Suite 3600, Seattle, WA 98101
(206) 292-3900

Ben H McIndoe

For _Loan #0685123689_

⑆125008013⑆ 00 ⑆ 1039

Ben H. McIndoe
6928 38th Ave SW
Seattle, WA 98126-3204
Loan # 0685123689

**Chase Home Finance**
3415 Vision Dr.
Columbus, OH 43219

Loan Number 0685123689

Loan Number 0685123689

View Images

The image of the item you selected is displayed below. To return to the previous page, select 'Back'. To make the image larger or smaller select 'Enlarged View' or 'Normal View'.

### Transaction Detail

| Date | Transaction Type/ Description | Number | Amount | |
|------|------|------|------|------|
| | | | Debits | Credits |
| 8/26/2010 | CHECK | 1039 | $2,108.00 | |



Pay to the Order Of Chase Home Finance

Loan Number 0585123689

Back    Normal View

USPS - Track & Confirm

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

```
WESTWOOD STATION
2721 SW TRENTON ST
SEATTLE, WA 98126-9998

08/27/2010                     05:32:06 PM

              Sales Receipt
Product        Sale     Unit      Final
Description     Qty     Price     Price

COLUMBUS, OH  43219                      $4.90
Zone-8 Priority Mail® FR Env
  * Expected delivery Monday, August
  30.
  Delivery Confirmation™
  service                                $.70
  Label #:
  0496 9010 1730 5609 7007

Issue Postage:                          $5.60

Total:                                  $5.60

Paid by:
DebitCard                               $5.60
  Account #:      XXXXXXXXXXXX7606
  Approval #:     692189
  Transaction #:  288
  23-9025100320-99
  Receipt #:      101284

APC Transaction #:         82
USPS# #            847847-9568

To check on the delivery status of
your Delivery Confirmation™ article,
visit our Track & Confirm website at
www.usps.com, use this Automated
Postal Center™ (or any Automated
Postal Center™ at other Postal
locations) or call 1-800-222-1811.

            Thanks.
     It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

BEN H. McINDOE
CHARITI D. McINDOE
6928 38TH AVENUE SW
SEATTLE, WA 98126

1041

19-891/1250

Date: Aug 27, 2010

Pay to the Order of: Chase Financial          $2,108.00

Two thousand one hundred eight

THE COMMERCE BANK
OF WASHINGTON
601 Union Street, Suite 3600, Seattle, WA 98101
(206) 292-3900

For: 0685123689                    Ben H McIndoe

⑈1250080131⑈ 00⑈          ⑈2⑈ 1041

Ben H. McIndoe
6928 38th Ave SW
Seattle, WA 98126-3204
Loan # 0685123689

**Chase Home Finance**
3415 Vision Dr.
Columbus, OH 43219

Loan Number 0685123689

Loan Number 0685123689

September 2010

Ben H. McIndoe
6928 38th Ave SW
Seattle, WA 98126-3204
Loan # 0685123689

### Chase Home Finance
3415 Vision Dr.
Columbus, OH 43219

Loan Number 0685123689

Loan Number 0685123689



WESTWOOD STATION
SEATTLE, Washington
981288896
5478210049-0098
09/15/2010 (800)275-8777 10:02:34 AM

======== Sales Receipt ========

| Product Description | Sale Unit Qty Price | Final Price |
|---|---|---|
| COLUMBUS OH 43219 | | $4.90 |
| Zone-8 Priority Mail | | |
| Flat Rate Env | | |
| 0.60 oz. | | |
| Expected Delivery: Fri 09/17/10 | | |
| Delivery Confirmation | | $0.70 |
| Label #: | 03091830000108697559 | |

Issue PVI:                        $5.60
                                 ========
Total:                            $5.60

Paid by:
Cash                             $11.10
Change Due:                      -$5.50

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************


Bill#:1060201332102
Clerk:08

All sales final on stamps and postage
Refunds for guaranteed services only
    Thank you for your business
************************************
************************************
   HELP US SERVE YOU BETTER

          Go to:
https://postalexperience.com/Pos

 TELL US ABOUT YOUR RECENT
     POSTAL EXPERIENCE

    YOUR OPINION COUNTS
************************************
************************************


        Customer Copy

Loan Number 0683412751689

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Home Print Charge)

DELIVERY CONFIRMATION NUMBER:
0305 1830 0003 0661 7555

Postmark
Here
SEP 15

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail™ parcel
☐ Package Services parcel
                    (See Reverse)

PS Form 152, May 2002



UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm        FAQs

## Track & Confirm

Search Results

Label/Receipt Number: 0309 1830 0001 8689 7869
Class: Priority Mail®
Service(s): Delivery Confirmation™
Status: Delivered

Track & Confirm

Enter Label/Receipt Number.

Your item was delivered at 10:34 am on September 17, 2010 in
COLUMBUS, OH 43224.

Detailed Results:
- Delivered, September 17, 2010, 10:34 am, COLUMBUS, OH 43224
- Arrival at Unit, September 17, 2010, 10:14 am, COLUMBUS, OH 43224
- Processed through Sort Facility, September 17, 2010, 12:45 am, COLUMBUS, OH 43218
- Processed through Sort Facility, September 15, 2010, 9:00 pm, KENT, WA 98032
- Acceptance, September 15, 2010, 10:51 am, SEATTLE, WA 98125

Notification Option

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

1 of 1

9/17/2010 1:15 PM

October 2010

**CHECK RECEIVED**

1046

**BEN H. McINDOE**
**CHARITI D. McINDOE**
6928 38TH AVENUE SW
SEATTLE, WA 98126

19-901/1250

OCT 25 2010    10/22/2010
Date

DELINQUENT CHECK CONTROL

Pay to the
Order of   Cash Financial                     $ 2,108—

Two Thousand one hundred   Dollars 8/100

**THE COMMERCE BANK**
OF WASHINGTON
601 Union Street, Suite 3600, Seattle, WA 98101
(206) 292-3900

For  # 0685123689                    Bun H. McIndoe

⑆ 125008013⑆ 00    ⑈ 1046

Harland Clarke

GUARDIAN SAFETY® BLUE

(Check)->WA - 11/1/2010

Loan Number 0685123689    ... ... Chase Home Finance

(Check)->WA - 11/1/2010

November 2010

Paid by Money Order


Missing Receipt

December 2010

Paid by Money Order


Missing Receipt

January 2011

Paid by Money Order

Missing Receipt

February 2011

Paid by Money Order

Missing Receipt

March 2011

# THE
# COMMERCE
# BANK
#### OF WASHINGTON

Ben H McIndoe
Chariti D McIndoe
6928 38th Ave SW
Seattle WA 98126

30
0
12

==========================================================

## Checking Plus ACCOUNT   12

==========================================================

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 69.33 | LAST STATEMENT 02/28/11 | 259.86 |
| AVG AVAILABLE BALANCE | 6,830.00 | 3 CREDITS | 17,516.49 |
| AVERAGE BALANCE | 6,830.00 | 67 DEBITS | 14,157.77 |
| | | THIS STATEMENT 03/31/11 | 3,618.58 |

- - - - - - - - - DEPOSITS - - - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT |
|---|---|---|
| 03/08  4,276.08 | 03/09  13,239.83 | |

- - - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| INTEREST AT .1000 % | 03/31 | .58 |

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 1054 03/14  390.19 | 1060 03/25  1,711.96 | 1064 03/17  260.00 |
| 1055 03/14  529.80 | 1061 03/23  1,250.00 | 1065 03/21  250.00 |
| 1056* 03/14  32.56 | 1062 03/18  500.00 | 1066 03/31  700.00 |
| 1058* 03/16  349.00 | 1063 03/21  160.00 | 1067 03/25  390.19 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| POS Purchase TARGET T0637 W Seattle WA 03/02 | 03/02 | 52.92 |
| POS Purchase SEA KNG CNTY ASSOC/RLT 425-9741012 WA 03/01 | 03/02 | 54.00 |
| POS Purchase QUALITY FOOD CE SEATTLE WA 03/04 | 03/04 | 6.36 |
| POS Purchase STARBUCKS USA 00032813 SEATTLE WA 03/05 | 03/07 | 3.58 |
| POS Purchase UNPHOGETTABLE & TERIYA SEATTLE WA 03/05 | 03/07 | 7.88 |
| POS Purchase Seattle WA 03/05 | 03/07 | 9.25 |
| POS Purchase ARCO PAYPOINT SEATTLE WA 03/06 | 03/07 | 56.54 |
| ATM Withdrawal 601 UNION ST #304B SEATTLE WA 03/08 | 03/08 | 21.25 |
| SEATTLE UTILITY WEB DEBIT 210622332151909 | 03/08 | 472.50 |
| POS Purchase SEATTLE 684-PARK SEATTLE WA 03/09 | 03/09 | 3.75 |

* * * C O N T I N U E D * * *

Case 15-17388-CMA   Doc 293   Filed 05/08/19   Ent. 05/08/19 12:52:21   Pg. 58 of 67

**#1054**

BEN H. McINDOE
CHARITI D. McINDOE
6028 38TH AVENUE SW
SEATTLE, WA 98126

1054

3/3/11 Date

Pay to the Order of: Reliable Credit — $ 390.19

Three Hundred Ninety 19/100 Dollars

THE COMMERCE BANK
OF WASHINGTON

For: CL 430515 — Charit McIndoe

⑆125008013⑆ 0C ⑆ 1054 ⑆00000039019⑆

#1054 Posted 3/14/11 $390.19

---

**#1055**

BEN H. McINDOE
CHARITI D. McINDOE
6028 38TH AVENUE SW
SEATTLE, WA 98126

1055

3/8/11 Date

Pay to the Order of: Kim Richards — $ 529.80

Five Hundred Twenty-nine 80/100 Dollars

THE COMMERCE BANK
OF WASHINGTON

For: Flowers — Charit McIndoe

⑆125008013⑆ 001274112⑆ 1055

#1055 Posted 3/14/11 $529.80

---

**#1056**

BEN H. McINDOE
CHARITI D. McINDOE
6028 38TH AVENUE SW
SEATTLE, WA 98126

1056

3/6/11 Date

Pay to the Order of: Cellinetix — $ 32.56

Thirty Dollars

THE COMMERCE BANK
OF WASHINGTON

For: 531 93072 — Charit McIndoe

⑆125008013⑆ 001 ⑆ 1056 ⑆0000003256⑆

---

**#1058**

BEN H. McINDOE
CHARITI D. McINDOE
6028 38TH AVENUE SW
SEATTLE, WA 98126

1058

280-8905 March 11, 201

Pay to the Order of: Riley Kaji — $ 349

Three Hundred Forty Nine Dollars

THE COMMERCE BANK
OF WASHINGTON

For: — Ben H. McIndoe

⑆125008013⑆ 0C ⑆ 1058 ⑆0000034900⑆

#1058 Posted 3/18/11 $349.00

---

**#1060** ✱

BEN H. McINDOE
CHARITI D. McINDOE
6028 38TH AVENUE SW
SEATTLE, WA 98126

Check Received
MAR 21 2011

1060

March 12, 2011

Pay to the Order of: Chase Home Finance — $ 1,711.96

One thousand seven hundred eleven $ 96/100 Dollars

THE COMMERCE BANK
OF WASHINGTON

For: L8SD23039 — Ben H. McIndoe

⑆125008013⑆ 00 ⑆ 1060

#1060 Posted 3/25/11 $1,711.96

---

**#1061**

BEN H. McINDOE
CHARITI D. McINDOE
6028 38TH AVENUE SW
SEATTLE, WA 98126

1061

March 15, 2011

Pay to the Order of: Jesse Valdez — $ 1,250.

One thousand two hundred fifty Dollars

THE COMMERCE BANK
OF WASHINGTON

For: Partition Redener — Ben H. McIndoe

⑆125008013⑆ 00 ⑆ 1061

#1061 Posted 3/23/11 $1,250.00

---

**#1062**

BEN H. McINDOE
CHARITI D. McINDOE
6028 38TH AVENUE SW
SEATTLE, WA 98126

1062

March 15, 2011

Pay to the Order of: Lasher Holzaphel — $ 500

Five hundred & no/100 Dollars

THE COMMERCE BANK
OF WASHINGTON

For: 11424-62874 — Ben H. McIndoe

⑆125008013⑆ 00 ⑆ 1062

#1062 Posted 3/18/11 $500.00

---

**#1063**

BEN H. McINDOE
CHARITI D. McINDOE
6028 38TH AVENUE SW
SEATTLE, WA 98126

1063

3/16/11 Date

Pay to the Order of: Seattle Sewer Inspection — $ 160.00

One Hundred Sixty 00/100 Dollars

THE COMMERCE BANK
OF WASHINGTON

For: Sewer Scope — Charit McIndoe

⑆125008013⑆ 001 ⑆ 1063

#1063 Posted 3/21/11 $160.00

---

**#1064**

BEN H. McINDOE
CHARITI D. McINDOE
6028 38TH AVENUE SW
SEATTLE, WA 98126

1064

3/18/11 Date

Pay to the Order of: Clean Village — $ 260.00

Two Hundred Sixty 00/100 Dollars

THE COMMERCE BANK
OF WASHINGTON

For: Plumbing Parts — Charit McIndoe

⑆125008013⑆ 001 ⑆ 1064 ⑆00000026000⑆

#1064 Posted 3/17/11 $260.00

---

**#1065**

BEN H. McINDOE
CHARITI D. McINDOE
6028 38TH AVENUE SW
SEATTLE, WA 98126

1065

3/18/11 Date

Pay to the Order of: Amigos Financial — $ 250

Two fifty hundred fifty Dollars

THE COMMERCE BANK
OF WASHINGTON

For: — Ben H. McIndoe

⑆125008013⑆ 00 ⑆ 1065

#1065 Posted 3/21/11 $250.00

---

**#1066**

BEN H. McINDOE
CHARITI D. McINDOE
6028 38TH AVENUE SW
SEATTLE, WA 98126

1066

3/23/11 Date

Pay to the Order of: Petito Cadelina — $ 700.00

Seven Hundred 00/100 Dollars

THE COMMERCE BANK
OF WASHINGTON

For: — Charit McIndoe

⑆125008013⑆ 001 ⑆ 1066

#1066 Posted 3/31/11 $700.00

---

**#1067**

BEN H. McINDOE
CHARITI D. McINDOE
6028 38TH AVENUE SW
SEATTLE, WA 98126

1067

3/20/11 Date

Pay to the Order of: Reliable Credit — $ 390.19

Three Hundred Ninety Dollars

THE COMMERCE BANK
OF WASHINGTON

For: CL 430515 — March Payment — Charit McIndoe

⑆125008013⑆ 00127 ⑆ 1067

#1067 Posted 3/25/11 $390.19

April 2011

# THE
# COMMERCE
# BANK
OF WASHINGTON

Ben H. McIndoe
Chariti D McIndoe
6928 38th Ave SW
Seattle WA 98126

30
0
12

==========================================================================
Checking Plus ACCOUNT    12
==========================================================================

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 69.33 | LAST STATEMENT 02/28/11 | 259.86 |
| AVG AVAILABLE BALANCE | 6,830.00 | 3 CREDITS | 17,516.49 |
| AVERAGE BALANCE | 6,830.00 | 67 DEBITS | 14,157.77 |
| | | THIS STATEMENT 03/31/11 | 3,618.58 |

- - - - - - - DEPOSITS - - - - - - -

| REF #.....DATE.....AMOUNT | REF #.....DATE.....AMOUNT | REF #.....DATE.....AMOUNT |
|---|---|---|
| 03/08  4,276.08 | 03/09  13,239.83 | |

- - - - - - - OTHER CREDITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| INTEREST AT .1000 % | 03/31 | .58 |

- - - - - - - CHECKS - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 1054 03/14  390.19 | 1060 03/25  711.96 | 1064 03/17  260.00 |
| 1055 03/14  529.80 | 1061 03/23  250.00 | 1065 03/21  250.00 |
| 1056* 03/14  32.56 | 1062 03/18  500.00 | 1066 03/31  700.00 |
| 1058* 03/16  349.00 | 1063 03/21  160.00 | 1067 03/25  390.19 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| POS Purchase TARGET T0637 W Seattle WA 03/02 | 03/02 | 52.92 |
| POS Purchase SEA KNG CNTY ASSOC/RLT 425-9741012 WA 03/01 | 03/02 | 54.00 |
| POS Purchase QUALITY FOOD CE SEATTLE WA 03/04 | 03/04 | 6.36 |
| POS Purchase STARBUCKS USA 00032813 SEATTLE WA 03/05 | 03/07 | 3.58 |
| POS Purchase UNPHOGETTABLE & TERIYA SEATTLE WA 03/05 | 03/07 | 7.88 |
| POS Purchase Seattle WA 03/05 | 03/07 | 9.25 |
| POS Purchase ARCO PAYPOINT SEATTLE WA 03/06 | 03/07 | 56.54 |
| ATM Withdrawal 601 UNION ST #304B SEATTLE WA 03/08 | 03/08 | 21.25 |
| SEATTLE UTILITY WEB DEBIT 210622332151909 | 03/08 | 472.50 |
| POS Purchase SEATTLE 684-PARK SEATTLE WA 03/09 | 03/09 | 3.75 |

* * * C O N T I N U E D * * *

# THE COMMERCE BANK
## OF WASHINGTON

Ben H McIndoe

========================================================
### Checking Plus ACCOUNT
========================================================

- - - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| POS Purchase TULLYS COFFEE 1031 TWO SEATTLE WA 03/08 | 03/10 | 4.17 |
| USAA.COM PAYMNT P&C 004848568 | 03/10 | 511.76 |
| TeleSvcFee EFT SVCFEE 1101 | 03/11 | 30.00 |
| POS Purchase SWEDISH HEALTH SERVICE 08009162126 WA 03/11 | 03/11 | 100.00 |
| POS Purchase OLSON SERVICE GROUP SEATTLE WA 03/09 | 03/11 | 150.00 |
| POS Purchase SEA LIGHT METAVANTE-M 02066843000 WA 03/10 | 03/11 | 650.00 |
| POS Purchase SEA LIGHT METAVANTE-M 02066843000 WA 03/10 | 03/11 | 650.00 |
| POS Purchase THE HOME DEPOT 4705 TUKWILA WA 03/09 | 03/11 | 780.63 |
| POS Purchase TICOR TITLE COMPANY 425-2557575 WA 03/12 | 03/14 | 4.60 |
| POS Purchase QUALITY FOOD CE SEATTLE WA 03/13 | 03/14 | 10.42 |
| POS Purchase BARTELL DRUGS # SEATTLE WA 03/12 | 03/14 | 10.94 |
| POS Purchase MDA SEATTLE 4441 SEATTLE WA 03/13 | 03/14 | 20.00 |
| POS Purchase THE HOME DEPOT SEATTLE WA 03/13 | 03/14 | 29.41 |
| POS Purchase MONEYTREE 206-2463500 WA 03/11 | 03/14 | 273.00 |
| POS Purchase USAA FSB LOAN PAYMENT SAN ANTONIO TX 03/11 auto | 03/14 | 832.46 |
| POS Purchase COMCAST CABLE COMM 800-COMCAST WA 03/15 | 03/15 | 169.81 |
| POS Purchase SEA UTILITIE METAVANTE 02066843000 WA 03/14 | 03/15 | 485.41 |
| POS Purchase SEA LIGHT METAVANTE-M 02066843000 WA 03/14 | 03/15 | 662.87 |
| POS Purchase OLD NAVY USA Tukwila WA 03/16 | 03/16 | 27.38 |
| POS Purchase PHYSICIANS ANESTHESIA SEATTLE WA 03/15 | 03/16 | 102.98 |
| POS Purchase COMCAST CABLE COMM 800-COMCAST WA 03/16 | 03/16 | 460.61 |
| POS Purchase STARBUCKS USA 00032813 SEATTLE WA 03/15 | 03/17 | 4.24 |
| POS Purchase STARBUCKS USA 00032672 TUKWILA WA 03/16 | 03/17 | 6.82 |
| POS Purchase NEW TERIYAKI WOK QPS SEATTLE WA 03/15 | 03/17 | 23.71 |
| POS Purchase SHELL OIL 57444033302 SEATTLE WA 03/15 | 03/17 | 54.71 |
| POS Purchase WEST SEATTLE TW Seattle WA 03/16 | 03/17 | 56.20 |
| POS Purchase BAMBOO BAR & GRILL SEATTLE WA 03/17 | 03/21 | 151.24 |
| POS Purchase T MOBILE COM PL BELLEVUE WA 03/22 | 03/22 | 166.09 |
| POS Purchase SEA KNC CNTY ASSOC/RLT 425-9741012 WA 03/22 | 03/23 | 54.00 |
| POS Purchase LOWES #00004* QPS SEATTLE WA 03/27 | 03/28 | 13.01 |
| POS Purchase THE HOME DEPOT SEATTLE WA 03/26 | 03/28 | 31.14 |
| POS Purchase SHELL OIL 57444033302 SEATTLE WA 03/24 | 03/28 | 61.15 |
| POS Purchase BLUWATER LESCHI SEATTLE WA 03/24 | 03/28 | 65.00 |
| POS Purchase OUTBACK #4611 SEATTLE WA 03/26 | 03/28 | 82.00 |
| POS Purchase THE HOME DEPOT #8944 SEATTLE WA 03/27 | 03/29 | 7.08 |
| POS Purchase THE HOME DEPOT #8944 SEATTLE WA 03/27 | 03/29 | 11.07 |
| POS Purchase SOUND TRANSIT - SO QPS SEATTLE WA 03/29 | 03/30 | 2.50 |
| POS Purchase SOUND TRANSIT - SO QPS SEATTLE WA 03/29 | 03/30 | 2.50 |
| POS Purchase THE HOME DEPOT #8944 SEATTLE WA 03/28 | 03/30 | 20.76 |
| POS Purchase COSTCO GAS #000 SEATTLE WA 03/30 | 03/30 Con | 90.45 |
| POS Purchase THE HOME DEPOT #8944 SEATTLE WA 03/29 | 03/31 | 5.41 |
| POS Purchase REPUBLIC PARKING SOQPS SEATTLE WA 03/29 | 03/31 | 12.00 |
| POS Purchase THE HOME DEPOT #8944 SEATTLE WA 03/29 | 03/31 | 12.89 |
| POS Purchase THE HOME DEPOT #8944 SEATTLE WA 03/29 | 03/31 | 19.67 |

* * * C O N T I N U E D * * *

# THE
# COMMERCE
# BANK
OF WASHINGTON

Ben H McIndoe

=================================================================
## Checking Plus ACCOUNT _____2
=================================================================

- - - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| POS Purchase WASH LQR CNTL BRD SEATTLE WA 03/29 | 03/31 | 25.95 |

- - - - - - - I N T E R E S T - - - - - - -

| | | |
|---|---|---|
| AVERAGE LEDGER BALANCE: | 6,830.00 | INTEREST EARNED: .58 |
| AVERAGE AVAILABLE BALANCE: | 6,830.00 | DAYS IN PERIOD: 31 |
| INTEREST PAID THIS PERIOD: | .58 | ANNUAL PERCENTAGE YIELD EARNED: .10% |
| INTEREST PAID 2011: | .58 | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
********************************************************************
*                      ±    TOTAL FOR    ±      TOTAL          *
*                      ±    THIS PERIOD  ±    YEAR TO DATE      *
*------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:   ±        .00   ±        .00           *
*------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:  ±     .00   ±      70.00           *
********************************************************************
```

- - - - - - - - DAILY BALANCE - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03/02 | 152.94 | 03/14 | 12,077.80 | 03/23 | 6,882.73 |
| 03/04 | 146.58 | 03/15 | 10,759.71 | 03/25 | 4,780.58 |
| 03/07 | 69.33 | 03/16 | 9,819.74 | 03/28 | 4,528.28 |
| 03/08 | 3,851.66 | 03/17 | 9,414.06 | 03/29 | 4,510.13 |
| 03/09 | 17,087.74 | 03/18 | 8,914.06 | 03/30 | 4,393.92 |
| 03/10 | 16,571.81 | 03/21 | 8,352.82 | 03/31 | 3,618.58 |
| 03/11 | 14,211.18 | 03/22 | 8,186.73 | | |

355-07 9/03        601 Union Street, Suite 3600   Seattle, Washington 98101   (206) 292-3900   Fax (206) 625-9457

---

**1054**
BEN H. McINDOE
CHARITI D. McINDOE
6923 38TH AVENUE SW
SEATTLE, WA 98126
3/3/11 Date
Pay to the Order of _Reliable Credit_  $ 340.19
_Three Hundred Forty_ 19/100  Dollars
THE COMMERCE BANK
OF WASHINGTON
For _CA. 430515_  _ChariltMcIdoe_
⑈1250090130 001  112⑈ 1054  ⑈00000390190⑈

**#1054  Posted 3/14/11  $390.19**

---

**1055**
BEN H. McINDOE
CHARITI D. McINDOE
6923 38TH AVENUE SW
SEATTLE, WA 98126
3/5/11 Date
Pay to the Order of _Kim Richards_  $ 529.80
_Five Hundred Twenty nine_ 80/100  Dollars
THE COMMERCE BANK
For _Flowers_  _ChariltMcIdoe_
⑈1250090130 001  112⑈ 1055  ⑈000000529080⑈

**#1055  Posted 3/14/11  $529.80**

---

**1056**
BEN H. McINDOE
CHARITI D. McINDOE
6923 38TH AVENUE SW
SEATTLE, WA 98126
3/6/11 Date
Pay to the Order of _cellnetix_  $ 32.56
_Nty_ 56/100  Dollars
THE COMMERCE BANK
For _53A 93073_  _ChariltMcIdoe_
⑈1250090130 001  112⑈ 1056  ⑈000000325 56⑈

---

**1058**
BEN H. McINDOE
CHARITI D. McINDOE
6923 38TH AVENUE SW
SEATTLE, WA 98126
_500-8905_
March 11, 201_
Pay to the Order of _Riley Kain_  $ 349.-
_Three Hundred Forty nine_  Dollars
THE COMMERCE BANK
For _____  _Ben H McIndoe_
⑈1250080130 00  12⑈ 1058  ⑈0000034900⑈

**#1058  Posted 3/16/11  $349.00**

---

**1080**
Check Received
MAR 21 2011
BEN H. McINDOE
CHARITI D. McINDOE
6923 38TH AVENUE SW
SEATTLE, WA 98126
March 12, 2011 Date
Pay to the Order of _Chas. Home Finance_  $ 1,711.96
_One thousand seven hundred eleven_ $ 96/100  Dollars
THE COMMERCE BANK
For _0552349_  _Ben H. McIndoe_
⑈1250090130 00  12⑈ 1080

**#1080  Posted 3/25/11  $1,711.96**

---

**1061**
BEN H. McINDOE
CHARITI D. McINDOE
6923 38TH AVENUE SW
SEATTLE, WA 98126
March 15, 2011 Date
Pay to the Order of _Jesse Valdez_  $ 1,250.-
_One thousand two hundred fifty_  Dollars
THE COMMERCE BANK
For _Part time retainer_  _Ben H. McIndoe_
⑈1250090130 00  12⑈ 1061

**#1061  Posted 3/23/11  $1,250.00**

---

**1062**
BEN H. McINDOE
CHARITI D. McINDOE
6923 38TH AVENUE SW
SEATTLE, WA 98126
March 15, 2011 Date
Pay to the Order of _Ladda Holzapfel_  $ 500
_Five hundred_ & no/100  Dollars
THE COMMERCE BANK
For _1463 Clean_  _Ben H. McIndoe_
⑈1250090130 001  12⑈ 1062

**#1062  Posted 3/18/11  $500.00**

---

**1063**
BEN H. McINDOE
CHARITI D. McINDOE
6923 38TH AVENUE SW
SEATTLE, WA 98126
3/16/11 Date
Pay to the Order of _Seattle Sewer Inspection_  $ 160.00
_One hundred Sixty_ 00/100  Dollars
THE COMMERCE BANK
For _Sewer Scope_  _ChariltMcIdoe_
⑈1250090130 0012741112⑈ 1063

**#1063  Posted 3/21/11  $160.00**

---

**1064**
BEN H. McINDOE
CHARITI D. McINDOE
6923 38TH AVENUE SW
SEATTLE, WA 98126
3/18/11 Date
Pay to the Order of _Adam Village_  $ 260.00
_Two Hundred Sixty_ 00/100  Dollars
THE COMMERCE BANK
For _Plumbing Parts_  _ChariltMcIdoe_
⑈1250080130 00  12⑈ 1064  ⑈000002 60000⑈

**#1064  Posted 3/17/11  $260.00**

---

**1065**
BEN H. McINDOE
CHARITI D. McINDOE
6923 38TH AVENUE SW
SEATTLE, WA 98126
3/18/11 Date
Pay to the Order of _Amigos Financial_  $ 250.-
_Two hundred fifty_  Dollars
THE COMMERCE BANK
For _____  _Ben H. McIndoe_
⑈1250090130 0012741112⑈ 1065

**#1065  Posted 3/21/11  $250.00**

---

**1066**
BEN H. McINDOE
CHARITI D. McINDOE
6923 38TH AVENUE SW
SEATTLE, WA 98126
3/24/11 Date
Pay to the Order of _R & to Cadellas_  $ 700.00
_Seven Hundred_ 00/100  Dollars
THE COMMERCE BANK
For _Westlake_  _ChariltMcIdoe_
⑈1250090130 0011  12⑈ 1066

**#1066  Posted 3/31/11  $700.00**

---

**1067**
BEN H. McINDOE
CHARITI D. McINDOE
6923 38TH AVENUE SW
SEATTLE, WA 98126
3/30/11 Date
Pay to the Order of _Reliable Credit_  $ 390.19
_Three hundred ninety_ 00/100  Dollars
THE COMMERCE BANK
For _CA 430515 payment_  _ChariltMcIdoe_
⑈1250090130 00  12⑈ 1067

**#1067  Posted 3/25/11  $390.19**

May 2011


# CHASE

3415 Vision Drive    OH4-7126
Columbus, OH 43219-6009
(800) 848-9136 Customer Care
(800) 553-0542 TDD / Text Telephone

Thursday, May 12, 2011

MCINDOE, BEN H
6928 38TH AVE SW
SEATTLE, WA 98126

Dear Customer(s),

This letter is in response to your check we recently received.

| LOAN # | CHECK # | AMOUNT | For Office Use Only |
|--------|---------|--------|---------------------|
| 685123689 | 1074 | $2,120.92 | 770720110511 |

Chase cannot accept this payment because of the following reason.

Funds insufficient to cure default.

Chase's goal is to provide the highest level of quality service. If you can assist us with this matter please contact the Foreclosure Department at (800)981-3792 anytime Monday through Friday from 8:00 a.m. to 4:30 p.m., Eastern Time.

Sincerely,
Default Loan Service Department
Enclosure

# Modification History

| | Date | Payments | |
|---|---|---|---|
| Default | 4/30/2009 | | |
| Default | 5/30/2009 | | |
| Default | 6/30/2009 | | |
| Default | 7/30/2009 | | 7/21/09 HAMP Modification Agreement Started |
| Modification 1 | 8/26/2009 | $2,108.00 | |
| Modification 2 | 9/10/2009 | $2,108.00 | |
| Modification 3 | 10/2/2009 | $2,106.00 | HAMP Trial Period Completed |
| Modification 4 | 11/5/2009 | $2,108.00 | 11/24/09 1st Motion for Relief from Stay (1.) |
| Modification 5 | 11/25/2009 | $2,103.00 | 11/24/09 1st Declaration in Support of Motion |
| Modification 6 | 1/21/2010 | $2,103.00 | 12/31/2009 Stipulated Order on Relief from Stay |
| Modification 7 | 2/23/2010 | $2,108.00 | 2/24/10 2nd Motion for Relief (2.) |
| Modification 8 | 3/14/2010 | $2,108.00 | 2/24 2nd Declaration in Support of Motion |
| Modification 10 | 4/7/2010 | $2,103.00 | Withdrawal of 2nd Motion for Relief from Stay |
| Modification 11 | 5/15/2010 | $2,108.00 | |
| Modification 12 | 6/7/2010 | $2,108.00 | |
| Modification 13 | 7/22/2010 | $2,108.00 | |
| Modification 14 | 8/17/2010 | $2,108.00 | |
| Modification 15 | 8/27/2010 | $2,108.00 | 9/14/2011 3rd Motion for Relief from Stay |
| Modification 16 | 9/14/2010 | $2,108.00 | 3rd Declaration in Support of Motion for Relief |
| Modification 17 | 10/22/2010 | $2,108.00 | |
| Modification 18 | 11/20/2010 | $2,108.00 | |
| Modification 19 | 12/15/2010 | $2,108.00 | |
| Modification 20 | 1/2/2011 | $2,108.00 | |
| Modification 21 | 2/14/2011 | $2,108.00 | |
| Modification 22 | 3/12/2011 | $1,711.96 | |
| Modification 23 | 3/25/2011 | $2,120.00 | |
| Modification 24 | 4/2/2011 | $2,120.92 | |
| Returned | 5/10/2011 | $2,120.92 | 5/16/2011 Order on Relief from Stay |
| | | **$48,112.88** | |

Prepared by McCarthy Holthus, Poulsbo, WA

By McCarthy Holthus, Poulsbo, WA